United States Courts
Southern District of Texas
ENTERED

JUL 0 8 2003

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re ENRON CORPORATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION, | § § § | MDL 1446 |
| PAMELA M. TITTLE, on behalf of herself and a class of persons similarly situated, ET AL., | § § § § | |
| Plaintiffs | § § | |
| VS. | § § | CIVIL ACTION NO. H-01-3913 CONSOLIDATED CASES |
| ENRON CORP., an Oregon Corporation, ET AL., | § § § | |
| Defendants. | § | |
| ELAINE L. CHAO, Secretary of the United States Department of Labor, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 03-2257 |
| ENRON CORPORATION, An Oregon corporation, et al., | § § | |

**ORDER OF CONSOLIDATION**

Pursuant to the order of consolidation entered in lead case H-01-3913, *Tittle et al. v. Enron et al.*, on December 12, 2001, the above referenced case, H-03-2257, is hereby CONSOLIDATED into H-01-3913.

The Court also gives notice to counsel in H-03-2257 that a scheduling conference is set before this Court at 9:00 a.m. in Courtroom 9C on July 10, 2003.

**SIGNED** at Houston, Texas, this 2nd day of July, 2003.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE